Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | 9707 Woodscape 2020 LLC | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | Woodscape Apartments | |
| 3. Debtor's federal Employer Identification Number (EIN) | 85-1555471 | |
| 4. Debtor's address | **Principal place of business**<br>8600 Woodway Drive<br>Number  Street<br><br>Houston        TX   77063<br>City           State  ZIP Code<br><br>Harris County<br>County | **Mailing address, if different from principal place of business**<br>143 Manor Lake Estates Dr.<br>Number  Street<br><br>P.O. Box<br>Spring         TX   77379<br>City           State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>9707 S. Gessner<br>Number  Street<br><br>Houston        TX   77071<br>City           State  ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  9707 Woodscape 2020 LLC                             Case number (if known)
        Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   
   5311

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____  When ___/___/_____  Case number _____
                                     MM / DD / YYYY
           District _____  When ___/___/_____  Case number _____
                                     MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.  Debtor _____                         Relationship _____
            District _____                       When ___/___/_____
                                                            MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor  9707 Woodscape 2020 LLC  
Name

Case number (if known) _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No  
    ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☑ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? 9707 S. Gessner  
    Number    Street

    Houston                                    TX    77071  
    City                                       State ZIP Code

    Is the property insured?

    ☐ No  
    ☑ Yes. Insurance agency  AEGIS Insurance

    Contact name  Tyler Webber

    Phone  316-303-7422

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:

    ☑ Funds will be available for distribution to unsecured creditors.  
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49  
    ☐ 50-99  
    ☐ 100-199  
    ☐ 200-999  
    ☐ 1,000-5,000  
    ☐ 5,001-10,000  
    ☐ 10,001-25,000  
    ☐ 25,001-50,000  
    ☐ 50,001-100,000  
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000  
    ☐ $50,001-$100,000  
    ☐ $100,001-$500,000  
    ☐ $500,001-$1 million  
    ☐ $1,000,001-$10 million  
    ☑ $10,000,001-$50 million  
    ☐ $50,000,001-$100 million  
    ☐ $100,000,001-$500 million  
    ☐ $500,000,001-$1 billion  
    ☐ $1,000,000,001-$10 billion  
    ☐ $10,000,000,001-$50 billion  
    ☐ More than $50 billion

Debtor __9707 Woodscape 2020 LLC__   Case number (if known) _____
　　　　Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/02/2025__
　　　　　　　MM / DD / YYYY

X _/s/ Fercan E. Kalkan_　　　　　　Fercan E. Kalkan
Signature of authorized representative of debtor　　Printed name

Title __Managing-Member__

**18. Signature of attorney**

X _/s/ Will P. Haddock_　　　　　Date __05/02/2025__
Signature of attorney for debtor　　　　　MM / DD / YYYY

William Haddock
Printed name

Pendergraft & Simon LLP
Firm name

2777 Allen Parkway Suite 800
Number    Street

Houston　　　　　　　　TX　　77019
City　　　　　　　　　　State　ZIP Code

713-528-8555　　　　　　whaddock@pendergraftsimon.com
Contact phone　　　　　　Email address

00793875　　　　　　TX
Bar number　　　　　　State